## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MEYERS DIVISION

| | |
|---|---|
| MARY JOHNSON-MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00044-SPC-NPM |
| ) | |
| PINNACLE RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Plaintiff, MARY JOHNSON-MILLER, ("Plaintiff"), through her attorneys, informs this Honorable Court that Plaintiff and Defendant, PINNACLE RECOVERY, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

January 30, 2023        By: /s/ Shireen Hormozdi Bowman
                              Shireen Hormozdi Bowman
                              Florida Bar No. 0882461
                              AGRUSS LAW FIRM, LLC
                              4809 N. Ravenswood Avenue
                              Suite 419
                              Chicago, IL 60640
                              -and-
                              HORMOZDI LAW FIRM, LLC
                              1770 Indian Trail Lilburn Road, Suite 175
                              Norcross, GA 30093
                              Tel: 312-224-4695
                              Direct: 678-960-9030
                              Fax: 312-253-4451
                              shireen@agrusslawfirm.com
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 30, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman