**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

| | |
|---|---|
| MARY JOHNSON-MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00044-SPC-NPM |
| ) | |
| PINNACLE RECOVERY, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, MARY JOHNSON-MILLER, ("Plaintiff"), through her attorneys, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, PINNACLE RECOVERY, INC, with prejudice.

RESPECTFULLY SUBMITTED,

February 28, 2023       By: /s/ Shireen Hormozdi Bowman
                        Shireen Hormozdi Bowman
                        Florida Bar No. 0882461
                        AGRUSS LAW FIRM, LLC
                        4809 N. Ravenswood Avenue
                        Suite 419
                        Chicago, IL 60640
                        -and-
                        HORMOZDI LAW FIRM, LLC
                        1770 Indian Trail Lilburn Road, Suite 175
                        Norcross, GA 30093
                        Tel: 312-224-4695
                        Direct: 678-960-9030
                        Fax: 312-253-4451
                        shireen@agrusslawfirm.com
                        Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on February 28, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman